FILED

11/18/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0487

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. OP 21-0487

| | |
|---|---|
| High Country Paving, Inc.,       Plaintiff, Appellee, and Cross-Appellant,       v.  United Fire & Casualty Company,       Defendant, Appellant, and Cross-Appellee. | **ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO APPEAR AS *AMICUS CURIAE*** |

Pursuant to the unopposed motion by the Office of the Montana State Auditor, Commissioner of Securities and Insurance ("**CSI**"), for leave to appear as *amicus curiae* in this matter, and good cause appearing,

IT IS HEREBY ORDERED that CSI's Unopposed Motion for Leave to Appear as *Amicus Curiae* is GRANTED. CSI shall file its *amicus* brief no later than December 3, 2021, and shall conform to all schedules adopted by this Court.

Electronically signed and dated below.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 18 2021